

Stephen Toupont
Case #NYNE19CR00021-001
I cannot make payment while imprisonment. I will make full payment when released on credit card. Also please send 2019 Federal Tax Returns to me

Stephen Toubert
#9 25293052
Federal Medical Center
PMB 4000
Rochester MN 55903-4000

Rochester MN is not a medical facility. I am not reciving proper medical care, this institution must be shut down.

To the court
Stephen Taubert
Case Number DNYN519CR000021-001

Compassionate Release
I am asking the court, at mercy to release me, so I can take care of my medical needs. I have ENLARGED prostate, and two can't see a urologist. I am to have ultra sound on kidney, still have not recieved. I have not seen a Neurologist, I have severe headaches and vision, dizziness. My Legs I no longer can walk. I am in sheer torture, my R shoulder Roto cult tear, in agony. I am pleading with court

Stephen Taubert
Dkt # 19CR00021-001
to District Court

On Jan 17 2019 U.S. Marshall took my house keys. They never gave to Oneida County Jail. I want my keys.

From Oneida County Jail contraband:
- Radio purchased at act
- Nail clippers
- my wallet $35.00 cash
- ID, VA, Credit Card, Medicare, ID Ohio
- Belt
- LL Bean Coat
- Old Navy Jeans
- Dr. Scholls Black Shoes
- Radio and Nail Clippers purchase at Brooklyn
- Sister Joan Little 315-
- 315-264-9131 told

COMMITTED NAME: STEPHEN TAUBERT
REG. NO. & QTRS.: 25893052
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

CLERK
US DISTRICT COURT
FEDERAL BLDG
100 S CLINTON ST
PO BOX 7367
SYRACUSE NY 13261

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
RECEIVED
FEB 11 2020